

# 18 CRIM 359
## JUDGE OETKEN

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION DEPARTMENT

P# 3196613

**TO:** Jim Molinelli
Miscellaneous Clerk

**FROM:** David Mulcahy
U.S. Probation Officer Speciaist

Re: Miguel Liriano
Dkt No.: 0207 1:11CR00669

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please forward your response to the Clerk's Office so it can be docketed. Also, please forward a copy of your response, along with **four original probation form 22s** to our office at 500 Pearl Street, 6th floor, so that we may take appropriate action.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _____
David Mulcahy
U.S. Probation Officer Specialist
212-805-5122

Approved By:
Paul Wodeshick
Supervisory U.S. Probation Officer
212-805-5122
DATE: May 18, 2018

ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 1 2018

NY 201(d)

## REQUEST FOR COURT ACTION / DIRECTION

TO: <u>Jim Molinelli</u>
Miscellaneous Clerk

OFFENSE: <u>CONTROLLED SUBSTANCE - IMPORTCONSPIRACY TO DISTRIBUTE NARCOTICS - 21:952=CI.F21:846=ND.F Class B FelonyClass C Felony</u>

FROM: <u>David T. Mulcahy</u>
U.S. Probation Officer
Specialist

ORIGINAL SENTENCE: <u>72 Months Bureau of Prisons; 48 Months Supervised Release</u>

SPECIAL CONDITIONS: The defendant shall participate in an educational or vocational training program as approved by the Probation Department. The defendant shall participate in a mental health treatment program provided by the Probation Department. The defendant shall contribute to the cost of such services rendered and/or any psychotropic medications prescribed to the degree he/she is reasonably able and shall cooperate in securing any applicable third-party payment. The defendant shall disclose all financial information and documents to the Probation Department to assess his/her ability to pay. The defendant shall participate in an outpatient and/or impatient drug treatment or detoxification program approved by the Probation Department. The defendant shall pay the costs of such treatment/detoxification to the degree he/she is reasonably able and shall cooperate in securing any applicable third-party payment. The defendant shall disclose all financial information and documents to the Probation Department to assess his/her ability to pay. The defendant shall not consume any alcohol or other intoxicants during and after treatment/detoxification, unless granted a prescription by a licensed physician and proof of same is provided to the Probation Department. The defendant shall submit to testing during and after treatment to ensure abstinence from drugs and alcohol. The defendant shall maintain employment as approved/directed by the Probation Department.

RE: <u>Miguel Liriano</u>
Docket # 0207 1:11CR00669

AUSA: M. Kristn Mace, Esq.
DEFENSE COUNSEL: <u>Anthony L. Ricco, Esq.</u>
MED: <u>January 08, 2021</u>

DATE OF SENTENCE: June 24, 2013

DATE: May 18, 2018

ATTACHMENTS:   ☐ PSI          ☒ JUDGMENT          ☐ PREVIOUS REPORTS

| | | |
|---|---|---|
| Miguel Liriano | 3 | 3196613 - David T. Mulcahy |
| Docket Number: 0207 1:11CR00669 | | |

On June 24, 2013, the above-mentioned individual was sentenced as outlined above in the Eastern District of New York, by the Honorable Sandra L. Townes, U.S. District Judge.

On April 24, 2018, we received a letter from the Eastern District of New York, advising that the Court had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Liriano transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are four (4) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the four (4) form 22s as they are required for both districts to complete the transfer.

Miguel Liriano 4 3196613 - David T. Mulcahy
Docket Number: 0207 1:11CR00669

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,
Michael Fitzpatrick
Chief U.S. Probation Officer

by

David T. Mulcahy
U.S. Probation Officer Specialist
212-805-5178

Approved By:

May 18, 2018
Paul Wodeshick         Date
Supervisory U.S. Probation Officer
**212 805-5122**